UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHISN DIVISION

PAMELA MASON,

      Plaintiff,   Case No. 2:15-cv-14343
                                    Honorable Avern Cohn
v.                                   Magistrate David R. Grand

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.,
TRANS UNION, LLC,
MERCHANTS & MEDICAL CREDIT CORPORATION, INC.,
and L.J. ROSS ASSOCIATES, INC.,

      Defendants.
_____

## STIPULATION AND ORDER TO DISMISS
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

      Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, stipulate to the dismissal of Defendant Experian, only, with prejudice and without costs, attorney fees or sanctions to either party.


 /s/ Carl Schwartz (by consent)              /s/ Tamara E. Fraser
Carl Schwartz (P70335)                      Tamara E. Fraser (P51997)
Attorney for Plaintiff                         Attorney for Defendant Experian
(248) 208-8864                                (248) 642-0333
carl@michiganconsumerlaw.com          tefraser@wwrplaw.com

## ORDER TO DISMISS
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs, attorney fees or sanctions awarded to either party.

Dated:  May 24, 2016         s/Avern Cohn
                             Honorable Avern Cohn
                             U.S. District Court Judge